UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION


SHIRLEY MORLET                          :              DOCKET NO. 1:22-cv-04295


VERSUS                                  :              JUDGE JAMES D CAIN, JR.

STATE FARM FIRE & CASUALTY CO,
ET AL.                                  :              MAGISTRATE JUDGE KAY


**JUDGMENT**


For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [doc. 19], after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Shirley Morlet's voluntary motion to dismiss without prejudice [doc. 18] is **GRANTED** and that this matter is **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers on the 16th day of August, 2023.


_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE


- 1 -